```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 12-61731-CIV-ZLOCH
```

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,        **DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT JAMES C. HOWARD, III**

vs.

JAMES C. HOWARD, III, MICHAEL
R. CASEY, and LOUIS N. GALLO,
III,

        Defendants,

SUTTON CAPITAL, LLC, J&W TRADING,
LLC, AMERICAN FINANCIAL
SOLUTIONS, LLC, and MINJO
CORPORATION,

        Relief Defendants
_____/

THIS MATTER is before the Court upon Plaintiff's Unopposed Motion For Entry Of Judgment Of Permanent Injunction And Other Relief As To Defendant James C. Howard, III (DE 45) and the Consent Of Defendant James C. Howard, III (DE 45-1). The Court has carefully reviewed said Motion and Consent, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion For Entry Of Judgment Of Permanent Injunction And Other Relief As To Defendant James C. Howard, III (DE 45) be and the same is hereby **GRANTED**;

2. The Final Judgment As To Defendant James C. Howard, III (DE 45-2) be and the same is hereby approved, adopted and ratified by the Court;

3. Consent Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Securities and Exchange Commission and against Defendant James C. Howard, III, consistent with the terms set forth in the Final Judgment As To Defendant James C. Howard, III (DE 45-2); and

4. To the extent not otherwise disposed of herein, all pending motions as to Defendant James C. Howard, III, are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   5th   day of January, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record