UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-61731-ZLOCH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| JAMES C. HOWARD III, MICHAEL R. CASEY, AND LOUIS N. GALLO III, | ) ) ) ) |
| Defendants, | ) ) |
| SUTTON CAPITAL, LLC, J&W TRADING, LLC, AMERICAN FINANCIAL SOLUTIONS, LLC, AND MINJO CORPORATION, | ) ) ) ) ) |
| Relief Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS DISGORGEMENT CLAIMS AGAINST RELIEF DEFENDANTS SUTTON CAPITAL, LLC, J&W TRADING, LLC, AMERICAN FINANCIAL SOLUTIONS, LLC, AND MINJO CORPORATION**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its disgorgement claims against Relief Defendants Sutton Capital, LLC, J&W Trading, LLC, American Financial Solutions, LLC, and Minjo Corporation.

The Commission is voluntarily dismissing its disgorgement claims as to these Relief Defendants because they are each defunct and without assets.

Dated: August 2, 2017  Respectfully submitted,

By:  s/James M. Carlson
Senior Trial Counsel
S.D. Fla. Court No. A5501534
Direct Dial: (305) 982-6328
E-mail: CarlsonJa@sec.gov

-2-

*Lead Attorney*
*Attorney to Be Noticed*

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for records or *pro se* parties via CM/ECF or other permissible methods of service.

                        s/ James M. Carlson

James C. Howard III
No. 04067-017
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177
**Appearing *Pro Se***

Michael R. Casey
3601 N.E. 17th Avenue
Oakland Park, FL 33334
Tel: (954) 444-2780
**Appearing *Pro Se***

Louis N. Gallo III
No. 26960-050
FPC Montgomery
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112
***Not Yet Appeared***

American Financial Solutions, LLC,
Relief Defendant
Attn: Rita Balbirer, Registered Agent
1940 SE 2nd Street
Pompano Beach, FL 33060
***Not Yet Appeared***

Sutton Capital, LLC, Relief Defendant
Attn: James C. Howard Ill, Managing Member
Register No. 04067-017
FDC-Miami
P.O. Box 019210
Miami, FL 33101
***Not Yet Appeared***

Law Office of Andre G. Crenshaw, P.A.
3450 Lakeside Drive, Suite 125
Miramar, FL 33027
Tel: (954) 430-3030
Fax: (954) 430-7611
***Attorney for Relief Defendant Minjo Corporation***