UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61731-CIV-ZLOCH

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

JAMES C. HOWARD, III, MICHAEL
R. CASEY, and LOUIS N. GALLO,
III,

        Defendants,

SUTTON CAPITAL, LLC, J&W
TRADING, LLC, AMERICAN
FINANCIAL SOLUTIONS, LLC,
and MINJO CORPORATION,

        Relief Defendants.
_____/

**<u>FINAL ORDER OF DISMISSAL
AS TO RELIEF DEFENDANTS
SUTTON CAPITAL, LLC, J&W
TRADING, LLC, AMERICAN
FINANCIAL SOLUTIONS, LLC,
AND MINJO CORPORATION</u>**

THIS MATTER is before the Court upon Plaintiff's Notice Of Dismissal Of Its Disgorgement Claims Against Relief Defendants Sutton Capital, LLC, J&W Trading, LLC, American Financial Solutions, LLC, And Minjo Corporation (DE 52). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice Of Dismissal Of Its Disgorgement Claims Against Relief Defendants Sutton Capital, LLC, J&W Trading, LLC, American Financial Solutions, LLC, And Minjo Corporation (DE 52) be

and the same is hereby approved, adopted, and ratified by the Court; and

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Relief Defendants Sutton Capital, LLC, J&W Trading, LLC, American Financial Solutions, LLC, and Minjo Corporation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___22nd___ day of August, 2017.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record

2